**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ANTHONY ROBINSON**                                               **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO.: 3:15-cv-165-NBB-JMV**

**MISSISSIPPI DEPARTMENT OF**                          **DEFENDANTS**
**EMPLOYMENT SECURITY, CINDY GILL,
JUDGE ANDREW HOWORTH, ALBERT
BOZEMAN WHITE, and MURIEL B. ELLIS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the record of this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated January 15, 2016, was on that date duly mailed to pro se plaintiff via USPS; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated January 15, 2016, is hereby approved and adopted as the opinion of the court.

2. That this case is hereby **DISMISSED** for lack of subject matter jurisdiction and failure to adequately state a claim.

**THIS**, the 11th day of March, 2016.

                                                               /s/ Neal Biggers
                                                              NEAL B. BIGGERS, JR.
                                                              UNITED STATES DISTRICT JUDGE